Judge Shah
Magistrate Judge Weisman
RANDOM / CAT 3

**FILED**

MAR 07 2024 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| CARLEIA SMITH | ) | Code, Section 111(a) |

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about May 12, 2022, at Aurora, in the Northern District of Illinois, Eastern Division,

CARLEIA SMITH,

defendant herein, did forcibly assault and interfere with a person designated in Title 18, United States Code, Section 1114, namely, Postmaster A, an employee of the United States Postal Service, while Postmaster A was engaged in and on account of the performance of his/her official duties, and in committing such offense, did make physical contact with Postmaster A;

In violation of Title 18, United States Code, Section 111(a).

A TRUE BILL:

_____

FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY